### STATE OF OREGON,
*Respondent,*

*v.*

### JASON LEE DICKERSON,
*Appellant.*

03040814; A121983

140 P3d 1144

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, for petition.

Kevin T. Lafky for response.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).